JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epifanio Tapias,<br><br>        Plaintiff,<br><br>        v.<br><br>Western Dental Services, Inc. et al.,<br><br>        Defendants. | Case No. CV 2:26-cv-04076-JLS-PDx<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

On June 24, 2026, a Notice of Settlement was filed by Plaintiff [18] indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause.

The parties shall file a Stipulation of Dismissal no later than July 24, 2026 (the "Dismissal Date"). If no dismissal is filed, the Court deems the matter dismissed at that time. All hearing dates are vacated.

Until the Dismissal Date, the Court retains full jurisdiction over this action. All pending dates are terminated.

IT IS SO ORDERED.

DATED: June 26, 2026

JOSEPHINE L. STATON

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE